PROB 12C
(6/16)

Report Date: May 17, 2018

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 17, 2018

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Kevin Robert Chastain | Case Number: 0980 2:13CR00094-RMP-1 |
| Address of Offender: ▇▇▇▇▇▇▇ Spokane, Washington 99208 | |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: January 7, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 41 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: | April 12, 2017 |
| Defense Attorney: | Andrea George | Date Supervision Expires: | April 11, 2020 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>**Supporting Evidence**: On April 14, 2017, Kevin Chastain signed his conditions of supervision relative to case number 2:13CR00094-RMP-1, indicating he understood all conditions as ordered by the Court.  Specifically, Mr. Chastain was made aware by his U.S. probation officer of the condition requiring that he notify the probation officer at least 10 days prior to any change in residence.<br><br>On or about April 4, 2018, Mr. Chastain violated the above-stated condition of supervision by changing his residence and failing to notify the undersigned officer as required.<br><br>On May 14, 2018, this officer attempted to contact the offender to inquire about his weekly schedule, but was unsuccessful.  In an attempt to locate Mr. Chastain, the undersigned officer contacted the phone number listed for his residence.  The offender's father notified this officer at that time that his son had not stayed at their home for a while, and they believed that the offender was staying with a girlfriend.<br><br>On May 15, 2018, the undersigned officer met with Mr. Chastain's parents at their home during an unscheduled home visit.  During that visit, both his mother and father confirmed for this officer that the offender had not been residing in their home for approximately six |

Prob12C
Re: Chastain, Kevin Robert
May 17, 2018
Page 2

      weeks. Mr. Chastain's mother also stated that she had spoken with the offender on May 14, 2018, and informed him that the undersigned officer was looking for him.

      On May 16, 2018, the offender contacted this officer. During that conversation, he confirmed he knew it was a violation of his conditions to move without notifying this officer, and stated he had meant to call but "hadn't gotten around to it." As of this date, the offender's whereabouts remain unknown.

2      **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

      **Supporting Evidence**: On April 14, 2017, Kevin Chastain signed his conditions of supervision relative to case number 2:13CR00094-RMP-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Chastain was made aware by his U.S. probation officer of the condition requiring that he follow the instructions of the probation officer.

      On May 17, 2018, Mr. Chastain violated the above-stated condition of supervision by failing to report for his scheduled appointment.

      On May 16, 2018, the offender contacted this officer in response to the multiple attempts made to contact him. At that time, he confirmed he had received the message from his parents that the undersigned officer was looking for him and he apologized. The offender was instructed to report to the U.S. Probation Office on May 17, 2018 at 8 a.m. The offender failed to report as directed and has not made any attempts to contact this officer. An attempt was made at approximately 8:23 a.m. to contact Mr. Chastain, but was unsuccessful. At the time of this report, his whereabouts remain unknown.

The U.S. Probation Office respectfully recommends the Court **issue a warrant** requiring the offender to appear to answer to the allegations contained in this petition.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/17/2018

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS
[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

5/17/2018

Date