PROB 12C
(6/16)

Report Date: October 10, 2018

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 10, 2018

SEAN F. McAVOY, CLERK

Name of Offender: Kevin Robert Chastain                Case Number: 0980 2:13CR00094-RMP-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮, Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: January 7, 2014          Date of Revocation Sentence: June 14, 2018

Original Offense:     Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence:    Prison - 41 months              Type of Supervision: Supervised Release
                      TSR - 36 months

Revocation            Prison - 30 days
Sentence:             TSR - 31 months

Asst. U.S. Attorney:  Stephanie A. Van Marter         Date Supervision Commenced: June 15, 2018

Defense Attorney:     Andrea George                   Date Supervision Expires: January 14, 2021

### PETITIONING THE COURT

**To issue a warrant**.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On October 7, 2018, Mr. Chastain was arrested by the Spokane Police Department for two counts of first degree unlawful possession of firearms (case #2018-20200217).<br><br>On June 22, 2018, an officer from the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Chastain, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.<br><br>On October 10, 2018, this officer was able to review Spokane Police Department's (SPD) field case reports relative to Mr. Chastain's arrest. According to the reports, at approximately 12:10 a.m. on October 7, 2018, law enforcement responded to a possible unlawful imprisonment /threat of a weapon call at 2921 East Gordon Avenue in Spokane. The complainant advised 911 that his brother was being held at gunpoint by the offender. The individual being held at gunpoint was texting his brother, who then relayed the information to 911. |

Prob12C
**Re: Chastain, Kevin Robert**
**October 10, 2018**
**Page 2**

Upon arrival at the residence, officers saw a man matching Mr. Chastain's description standing outside. When the officer identified himself as Spokane police, the male (later identified as Mr. Chastain) ran into the residence. Approximately 1 minute later, the tenant exited the residence and was detained.

After several announcements were made instructing anyone inside the residence to exit, the offender and a female exited the home. The female explained to officers that she and her boyfriend arrived at the residence an hour prior to Mr. Chastain showing up. Believing that her boyfriend had taken approximately $2,000 cash from the offender's car, the two became involved in a heated discussion. Fearing the situation would escalate, she suggested that her boyfriend go get money for the offender while she stay behind so the offender wouldn't think her boyfriend would leave and not return. While waiting, she stated they heard law enforcement making announcements from outside and Mr. Chastain removed two revolvers from his waistband and hid them under a couch. She described one of the revolvers as "silver" and the other as "black."

The resident of the home gave SPD officers consent to search the home. When officers lifted the couch, they observed a blue steel revolver, a chrome revolver, a clear plastic bag containing suspected methamphetamine, and a clear plastic bag containing suspected heroin underneath the couch.

Based on the facts and statements listed above, SPD officers applied for a search warrant. While executing the search warrant on the residence, they located a box containing multiple checkbooks belonging to a woman. A search of local crimes revealed the woman was the victim of a residential burglary on October 5, 2018 (Airway Heights police report #2018-84006980).

Based on the facts and statements, probable cause was determined and Mr. Chastain was placed under arrest for unlawful possession of a firearm. A search incident to arrest was conducted and he was found to have $880 in cash and two cell phones on his person.

2   **Standard Condition #9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: On October 7, 2018, Mr. Chastain was arrested by the Spokane Police Department for two counts of first degree unlawful possession of firearms (case #2018-20200217).

On June 22, 2018, an officer from the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Chastain, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.

On October 9, 2018, the undersigned officer received notification that the offender had been arrested at approximately 2 a.m. on October 7, 2018. As of this date, Mr. Chastain has not made any attempts to contact this officer to advise of his arrest.

Prob12C
**Re: Chastain, Kevin Robert**
**October 10, 2018**
Page 3

      3      **Standard Condition #8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

             **Supporting Evidence**: On October 7, 2018, Mr. Chastain was arrested by the Spokane Police Department for two counts of first degree unlawful possession of firearms (case #2018-20200217) while at the residence of Eli Vansickle.

             On June 22, 2018, an officer from the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Chastain, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.

             According to Spokane Police Department's field case report, a search via the department database determined that Mr. Vansickle is a convicted felon, and prohibited from owning or possessing any firearms.

The U.S. Probation Office respectfully recommends the Court **issue a warrant** requiring the offender to appear to answer to the allegations contained in this petition.

          I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/10/2018

Amber M. D. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

10/10/2018
Date