PROB 12C
(6/16)

Report Date: November 30, 2020

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 30, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kevin Robert Chastain　　　　　　　Case Number: 0980 2:13CR00094-RMP-1

Address of Offender:　　　　　　　Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: January 7, 2014

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm by a Prohibited Person, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 41 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(June 14, 2018) | Prison - 30 days<br>TSR - 31 months | |
| Asst. U.S. Attorney: | Caitlin A Baunsgard | Date Supervision Commenced: June 15, 2018 |
| Defense Attorney: | Andrea George | Date Supervision Expires: June 28, 2022 |

### PETITIONING THE COURT

To issue **a warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/10/2018 and 10/24/2018.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number　　　Nature of Noncompliance

　　7　　　**Mandatory Condition #1**: You must not commit another federal, state, or local crime.

　　　　　**Supporting Evidence**: On November 29, 2020, Kevin Chastain allegedly violated mandatory condition number 1 of his supervised release by being arrested for two counts of Possession with Intent to Deliver, in violation of RCW 69.50.401 BF.

　　　　　On June 22, 2018, an officer from the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Chastain, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.

　　　　　On November 30, 2020, the undersigned officer reviewed Spokane Police Department's (SPD) field case reports relative to Mr. Chastain's arrest on November 29, 2020. According to the reports, the offender sold narcotics to confidential informants in multiple controlled buys supervised by the SPD.

Prob12C
**Re: Chastain, Kevin Robert**
**November 30, 2020**
**Page 2**

|   |   |
|---|---|
|   | According to the SPD arrest report number 2020-20201408, on November 29, 2020, SPD executed a search warrant on the offender's apartment. When he was contacted by law enforcement, Mr. Chastain had approximately $2,250 in cash on his person. The offender admitted there were drugs in his apartment along with $2,600 cash, which he was going to use to "re-up." A search of the offender's residence yielded the following: approximately 36 grams of methamphetamine; approximately 42 grams of heroin; 118 "Mexi-pills," believed to contain fentanyl; 39 suboxone strips; drug paraphernalia; and $2,600 cash in an envelope, as described by Mr. Chastain. |
|   | Kevin Chastain was subsequently arrested, charged with two counts of possession with intent to deliver (pending further lab confirmation), and taken to the Spokane County Jail. |
| 8 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law. |
|   | **Supporting Evidence**: On November 29, 2020, Kevin Chastain allegedly violated mandatory condition number 2 of his supervised release by possessing heroin, methamphetamine, suboxone, and pills suspected of containing fentanyl. |
|   | On June 22, 2018, an officer from the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Chastain, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements. |
|   | According to the SPD incident/arrest reports this officer was able to review, a search warrant was executed on Mr. Chastain's apartment on November 29, 2020. Law enforcement officers located approximately 36 grams of methamphetamine, approximately 42 grams of heroin, 118 "Mexi-pills," believed to contain fentanyl, and 39 suboxone strips. Various drug paraphernalia, including a functional drug scale and drug packaging were also located. |

The U.S. Probation Office respectfully recommends the Court **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  11/30/2020

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

Prob12C
**Re: Chastain, Kevin Robert**
**November 30, 2020**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*(signature)*
Signature of Judicial Officer

11/30/2020
Date